JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA MOTON, an Individual.<br><br>Plaintiff,<br><br>v.<br><br>COBALT MORTGAGE, INC., a Washington corporation; and DOES 1 through 25, inclusive.<br><br>Defendants. | Case No.  2:15-cv-00816-AB-MRW<br><br>[~~PROPOSED~~] ORDER ON STIPULATION LIMITING RECOVERY FOR PLAINTIFF'S DAMAGES AT $75,000 AND STIPULATION TO REMAND ACTION BACK TO STATE COURT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the Stipulation between the parties, the amount in controversy does not exceed $75,000.00, inclusive of any prevailing party attorneys' fees, exclusive of interest and costs; therefore, this Court lacks subject matter jurisdiction in the

1

1  present case.  Accordingly, the case is REMANDED to the Los Angeles County
2
3  Superior Court, Case No. 567423.
4
5  DATED: April 22, 2015                    _____
6                                            HONORABLE ANDRÉ BIROTTE JR.
7                                            UNITED STATES DISTRICT COURT